# EXHIBIT B

✉ Newsletter

Order online or email us sales@dentalmedicalsupplier.com (mailto:sales@dentalmedicalsupplier.com)

👤 Sign In Or Create An Account(Https://Dentalmedicalsupplier.Com/My-Account/)

 (https://dentalmedicalsupplier.com/)

🔍 🛒⁰ $0.00(https://dentalmedicalsupplier.com/cart/)

≡

DENTAL PRODUCTS (/)    MEDICAL PRODUCTS    SHOP (HTTPS://DENTALMEDICALSUPPLIER.COM/SHOP/)

CART (HTTPS://DENTALMEDICALSUPPLIER.COM/CART/)

CONTACT US (HTTPS://DENTALMEDICALSUPPLIER.COM/CONTACT-US/)

SALE



:t/edge-
-wave/)



(https:/.
lasers-s
laser-ha

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

This website uses cookies to deliver its services, to analyze traffic. Infomation about your use of this site is shared public. By using this site, you agree to its use of cookie. (http://livetrafficfeed.com/gdpr)

**Got it!**