# EXHIBIT C



## 2014 Edge Systems Hydrafacial MD

LEARN MORE

Product categories

☐ Lasers (101)

Product manufacturer

☐ Aesthetics Biomedical (2)

☐ Alma (3)

☐ Altair (0)

☐ Altair Instruments (1)

☐ AngioDynamics (1)

☐ Arion (0)

☐ BTL (3)

☐ Buffalo Filter (1)

☐ Candela (7)

☐ Chromogenex (0)

☐ Cutera (4)