# EXHIBIT D



Home    About Us    Services ▾    Offers ▾    Appointment    Blog

DRSMMC Loyalty Card    Contact Us    ☐ العربية

≡



### Who can get the Treatment?

Hydrafacial treatment can be availed by women of all ages, complexion and skin concerns. Previous allergies from popular chemicals such as salicylic acid or fragrances, if any, must b