# EXHIBIT E



Hydrafacial                                             Ageless Serums

Side by Side Product Comparison

## Hydration
### Ageless Serums Puts the Hydra in Hydra Facials

No Product                                Pure Aqua Plus HA
                                          $30.00  $1.87 per oz

### Cleansing Serums

| ACTIV-4 8oz | | | Skin Deep Prep 16 oz | |
|---|---|---|---|---|
| 2-2019 | $80.00 | $10.00 per oz | 1-2014 | $36.00 $2.25 per oz |
| 2-2018 | $74.00 | $9.25 per oz | 1-2020 | $40.00 |
| 1-2017 | $63.00 | $7.88 per oz | | |
| 8-2011 | $48.00 | $6.00 per oz | | |

Purified Water, glucosamine HCL, Algae, (laminaria digitata) extract, yeast extract, urea, lactic acid and other propriety ingredients.

Pure Aqua, Butylenne Glycol, Urea, Glocosamine HCL, Algae Extract, Saccharomyces Cerevisiae (Yeast) Extract, Lauryl Lactate Acid, Sodium Benzoate, Phenoxyethanol plus other proprietary ingredients.