IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDGE SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AGELESS SERUMS LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-04335 |

**[PROPOSED] ORDER GRANTING
EDGE SYSTEMS LLC'S MOTION TO DISMISS COUNTERCLAIMS AND
STRIKE AFFIRMATIVE DEFENSES**

This cause came before the Court on Plaintiff Edge Systems LLC's Motion to Dismiss Counterclaims and Strike Affirmative Defenses asserted by Defendant Ageless Serums LLC. Good cause appearing, the Motion is hereby granted. Defendant's Counterclaims One through Four are hereby dismissed and the Sixth and Twelfth Affirmative Defenses asserted by Defendant are hereby stricken.

IT IS SO ORDERED.

Dated: _____     _____
                                                                        Hon. George C. Hanks, Jr.
                                                                        United States District Court Judge