JAMES E. DOROSHOW (SBN 112920)
JDoroshow@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Defendant and Counterclaimant
AGELESS SERUMS LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>AGELESS SERUMS LLC, a Texas limited liability company,<br><br>           Defendant. | CIVIL ACTION NO. 4:20-CV-4335<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF SIMILAR COUNTERCLAIMS AND RELATED AFFIRMATIVE DEFENSES WITHOUT PREJUDICE IN THE RELATED CALIFORNIA ACTION** |

Defendant and Counterclaimant Ageless Serums LLC ("Ageless") files this notice to advise this Court that Ageless has now voluntarily dismissed its Counterclaims and related Affirmative Defenses without prejudice in and related to the California lawsuit between the parties entitled *Edge Serums LLC v. Ageless Serums LLC.*, C.D. Cal. Case No. 2-20-CV-09669 (the "California Action").  The same Counterclaims and Affirmative Defenses remain in this case for adjudication. Because of Ageless voluntary dismissal without prejudice of its Counterclaims and related Affirmative Defenses in California, Ageless hereby withdraws its prior request to this Court that it transfer this action in whole or in part to California to allow the California Court to decide whether to consolidate or transfer any of the Ageless' Counterclaims and related Affirmative Defenses to enable them to be decided by the California Court in the California Action.  This request was previously made to this Court by Ageless in its Opposition to Plaintiff's Motion to Dismiss Ageless Counterclaims and related Affirmative Defenses that is still pending for decision by this Court.  *See* Dkt. Nos. 68, 70 and 73.

Since Ageless has voluntarily dismissed its Counterclaims and related Affirmative Defenses in California, without prejudice, including by Court order, Ageless hereby requests that this Court retain jurisdiction over them and not transfer them to California, or ask the California Court to decide if transfer or consolidation is appropriate under the first-to-file rule as Ageless had previously requested.

Dated:  February 23, 2022                    Respectfully submitted,

                                             FOX ROTHSCHILD LLP

                                             */s/ James E. Doroshow*
                                             James E. Doroshow

NOTICE OF DISMISSAL OF SIMILAR COUNTERCLAIMS AND RELATED AFFIRMATIVE
DEFENSES IN THE RELATED CALIFORNIA ACTION
131017237.2